AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Stephen F. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Ci | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S Court of Appeals<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2. | |
| 3 | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructio s.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | DC Public Schools (S) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent childi en, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | University of Colorado | February 6-9, 2009 | Boulder, Colorado | Panel discussion, telecom | Transportation, food and lodging |
| 2 | Northwestern University | April 16-17, 2009 | Chicago, Illinois | Lecture on preemption | Transportation, food and lodging |
| 3 | Boalt Hall Law School | October 26-27, 2009 | Berkeley, California | Lecture on law & economics | Transportation, food and lodging |
| 4 | US Russian Foundation for Economic Development | October 31-November 3, 2009 | Moscow | Roundtable discussion on tax procedures | Transportation, food and lodging |
| 5 | New York University Law School | November 17-19, 2009 | New York, New York | Hayek lecture | Transportation food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N 1 | B | Int/Div | L | T | | | | | |
| 2 Dreyfus S&P 500 Fund | C | Dividend | L | T | Redeemed (part) | 09/03/09 | L | F | |
| 3 Dreyfus S&P 500 Fund | D | Dividend | M | T | Redeemed (part) | 09/03/09 | M | G | |
| 4 Fidelity OTC (IRA) | B | Dividend | L | T | | | | | |
| 5 Vanguard Index 500 | C | Dividend | M | T | | | | | |
| 6 Vanguard Prime MM Fund | B | Dividend | K | T | | | | | |
| 7 Vangard Tax-Mgd Gr &Inc | A | Dividend | | | Redeemed | 09/03/09 | L | | |
| 8 Vanguard Index 500 | D | Dividend | N | T | | | | | |
| 9 Vanguard Mid-Cap Index | D | Dividend | N | T | | | | | |
| 10. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 11 Vanguard Mid-Cap Index | C | Dividend | M | T | | | | | |
| 12 Vanguard Selected Value | A | Dividend | | | Redeemed | 09/03/09 | L | | |
| 13. Vanguard Selected Value | B | Dividend | | | Redeemed | 09/03/09 | L | | |
| 14 Vanguard U.S Value | B | Dividend | | | Redeemed | 09/03/09 | L | | |
| 15 Barrick Gold Corp | A | Dividend | K | T | | | | | |
| 16. Gold Corp, Inc | A | Dividend | K | T | | | | | |
| 17 Boulder, CO | D | Rent | O | W | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank | A | Interest | L | T | | | | | |
| 19. TIAA CREF Ret Annuities | | None | M | T | Sold (part) | 12/30/09 | P1 | G | |
| 20. J P Morgan IRA, cash reserve | | None | P1 | T | Buy | 12/30/09 | P1 | | |
| 21. Nestle | A | Dividend | L | T | | | | | |
| 22. Procter & Gamble | A | Dividend | K | T | | | | | |
| 23. Questar | A | Dividend | K | T | | | | | |
| 24. Bank of America | A | Dividend | J | T | | | | | |
| 25. Schering Plough (part sold, rest merged into line 27) N.1A | A | Dividend | | | Distributed | 11/05/09 | J | D | |
| 26. Schering Plough | | None | | | Merged (with line 27) | 11/05/09 | J | | |
| 27. Merck | A | Dividend | K | W | | 11/05/09 | J | | |
| 28. Trust No. 2, BNY Mellon, Dreyfus Mutual Funds | A | Dividend | K | T | | | | | |
| 29. BNY Mellon Mutual Funds | A | Dividend | K | T | | | | | |
| 30. BNY Mellon Cash Reserve Account (renamed from BNY Fund) | A | Dividend | J | T | | | | | |
| 31. ETF Vanguard Emerging Markets | A | Dividend | J | T | | | | | |
| 32. Strategic Global Stock Fund | A | Dividend | K | T | Buy | 06/05/09 | J | | |
| 33. Vanguard Prime Money Market N 3 | A | Dividend | M | T | | | | | |
| 34. Vanguard Growth Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C -$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G- $100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N -$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U -Book Value | V - Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div . rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 500 Index (Vanguard) | B | Dividend | | | Redeemed | 09/03/09 | M | | |
| 36. Mid-Cap Index (Vanguard) | B | Dividend | L | T | | | | | |
| 37. Vanguard PRIMECAP | A | Dividend | L | T | Buy | 01/14/09 | L | | |
| 38. Total International Stock Index (Vanguard) | B | Dividend | L | T | | | | | |
| 39. SSgA Age Based 2010 | | None | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L -$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 --$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000 000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q Appraisal | R =Cost (Real Estate Only) | S =Assessment | I –Cash Market | |
| (See Column C2) | U –Book Value | V =Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. This is a trust established by my [REDACTED] of which I am a life beneficiary

1A. The holding of Schering Plough ended by a combination of merger into Merck and distribution to Schering Plough shareholders

2. The assets noted on this and the next four lines are held by a testamentary trust established by my [REDACTED] of which I am the life beneficiary

3. The mutual funds noted on this and the next five lines are or were assets held by a testamentary trust established by my [REDACTED], of which I am the life beneficiary.

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544